FILED

09/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0342

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0342

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                                O R D E R

JEREMY CHRISTOPHER HOLMQUIST,

Defendant and Appellant.

_____

Appellant Jeremy Christopher Holmquist was granted an extension of time to file and serve the opening brief on or before August 28, 2023. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than October 12, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 12 2023